# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Benikie Lattimore, *Plaintiff* | ) ) ) ) ) ) | Civil Action No. 2:18-cv-02976-JMC |
| v. | | |
| Andrew Saul, Acting Commissioner of Social Security Administration *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The final decision of the Commissioner is reversed and this action is remanded further administrative proceedings to address the deficiencies.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J Michelle Childs, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date: March 19, 2020

*CLERK OF COURT*

s/H.ADaway
*Signature of Clerk or Deputy Clerk*